UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

       Petitioner,

v.                                          Case No. 8:16-mc-

LAURIE S. BURCAW,

       Respondent.

**PETITION TO ENFORCE**
**<u>INTERNAL REVENUE SERVICE SUMMONS</u>**

       COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and avers as follows:

       1.       This is an action for judicial enforcement of an Internal Revenue Service summons pursuant to 26 U.S.C. §§ 7402(b) and 7604(a).   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345.

       2.       Respondent, Laurie S. Burcaw resides in Land of Lakes, Florida, within the jurisdiction of this Court.

       3.       James Livingston[1], a Revenue Officer of the Internal Revenue Service employed in the Office of Area Director, Small Business/Self-Employed Compliance, at Tampa, Florida, and is authorized to issue Internal Revenue Service summonses pursuant to 26 U.S.C. § 7602 and 26 C.F.R. § 301.7602-1.

      4.       Revenue Officer Livingston is conducting an investigation into the tax liabilities of Laurie S. Burcaw for the years, 2005, 2006, 2007 and 2010, as set forth in the Declaration of Revenue Officer James Livingston attached hereto as Exhibit 1.

5. Respondent, Laurie S. Burcaw, has in her possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

6. To further his investigation of Respondent, and in accordance with 26 U.S.C. § 7602, on July 29, 2015, Revenue Officer Livingston issued an Internal Revenue Service summons (Exhibit 2) directing Respondent to appear before him, or any other designated agent of the Internal Revenue Service, on August 10, 2015, at 3848 West Columbus Drive, Tampa FL 33607, to give testimony and to produce for examination and copying certain books, records, papers, or other data, as requested in the summons.

7. On July 30, 2015, in accordance with 26 U.S.C. § 7603, Revenue Officer Livingston served the summons on Respondent by leaving the summons at Respondent's last and usual place of abode as evidenced by the Certificate of Service of Summons. (Exhibit 2)

8. On August 10, 2015, Respondent failed to appear and comply with the summons.

9. Respondent's refusal to comply with the summons continues to the date of this Petition.

10. The information, books, records, papers, and other data sought by the summons are not already in the possession of the Internal Revenue Service.

11. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

---

1 James Livingston is an authorized pseudonym

12. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to Respondent for the years at issue in this enforcement action.

13. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly investigate the collection of the individual Federal income tax liabilities of Laurie S. Burcaw for the following years, 2005, 2006, 2007 and 2010, as is evidenced by the declaration of James Livingston. (Exhibit 1)

WHEREFORE, the United States respectfully prays that this Court:

a. Enter an Order directing Respondent to show cause, if any, why he should not comply with and obey the summons and each and every requirement thereof;

b. Direct the United States promptly to arrange for service of the Petition, the Exhibits, and the Order to Show Cause upon Respondent, such service to be effected by a duly authorized official of the Internal Revenue Service, by the United States Marshals Service, or by a private process server, at the option of the United States;

c. If Respondent fails to show cause why he should not comply with and obey the summons, enter an Order directing Respondent to appear before Revenue Officer James Livingston, or any other designated officer of the Internal Revenue Service, at such time and place as may hereafter be fixed by Revenue Officer Livingston or his designee, to give testimony and produce for examination and copying the books, records, papers, and other data as demanded by the summons;

d. Award the United States our costs in maintaining this action; and

  e. Grant such other and further relief as is just and proper.

         Respectfully submitted,

         A LEE BENTLEY, III
         United States Attorney


      By: <u>s/John F. Rudy, III</u>
         JOHN F. RUDY, III
         Assistant United States Attorney
         Florida Bar Number 0136700
         400 North Tampa Street, Suite 3200
         Tampa, Florida   33602
         Telephone:   (813) 274-6000
         Facsimile:   (813) 274-6198
         E-mail:   john.rudy@usdoj.gov

Dated:   June 9, 2016.


Attach as exhibits Declaration(s)/Affidavit(s) of IRS employee(s)
    Summons(es)