UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Case No. |
| LAURIE S. BURCAW, | ) |
| Respondent. | ) |

### DECLARATION

James Livingston:

1. I am a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance, Office of the Area Director of Internal Revenue Service at Tampa, Florida.

2. In my capacity as a Revenue Officer, I am conducting an investigation for the collection of the federal income tax liabilities of Laurie S. Burcaw for the years 2005, 2006, 2007, and 2010.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on July 29, 2015, an Internal Revenue Service summons to Laurie S. Burcaw to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.

Exhibit 1

4. In accordance with 26 U.S.C. § 7603, on July 30, 2015, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on Laurie S. Burcaw, by leaving a copy of the summons at the respondent's last and usual place of abode, as evidenced in the certificate of service on the summons.

5. On August 10, 2015, respondent failed to appear in response to the summons. Respondent's refusal to comply with the summons continues to the date of this declaration.

6. Although some payor information is already in the possession of the Internal Revenue Service, all the books, papers, records, or other data sought by the summons are not.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons to properly investigate the collection of the federal income tax liabilities of Laurie S. Burcaw for the years 2005, 2006, 2007, and 2010.

9. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to Laurie S. Burcaw for the years at issue in this enforcement action.

10. The name James Livingston is my pseudonym, authorized by employment agreements with, and the internal policies of, the Internal Revenue Service to protect personnel, and is registered with the Internal Revenue Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of April, 2016.

JAMES LIVINGSTON
Revenue Officer
Internal Revenue Service
3848 West Columbus Drive
Stop 5227
Tampa, FL  33607-5768
Telephone: (813) 315-2368