**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 8:16-mc-00072-T-33MAP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Laurie S. Burcaw | See Remarks |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Laurie S. Burcaw

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3801 Lake Padgett Drive, Land O Lakes, FLorida 34639

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John F. Rudy, III
Assistant United States Attorney
400 N. Tampa Street, Suite 3200
Tampa, FL 33601

| | |
|---|---|
| Number of process to be served with this Form 285 | 2016 |
| Number of parties to be served in this case | 1 |
| Check for service on USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please personally serve the Petition to Enforce Internal Revenue Service Summons, Declaration, Summons and Order to Show Cause on Jeffrey Chartier at 1301 47th Avenue, NW, St. Petersburg, FL 33703

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 813-274-6359
DATE: 6/22/16

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(*Sign only for USM 285 if more than one USM 285 is submitted*)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date: 7/26/16   Time: 12 ☒ pm

Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund)
---|---|---|---|---|---
 | | | | | $0.00

**REMARKS**

3 attempts— avoidy service

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

Seek in two 7/18