UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Petitioner,

v.                             Case No.  8:16-mc-0072-T-33MAP

LAURIE S. BURCAW,

      Respondents.

**UNITED STATES OF AMERICA'S
NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby notifies this Court that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, we are voluntarily dismissing this summons enforcement action.

                Respectfully submitted,

                A.LEE BENTLEY, III
                United States Attorney

By:  *s/J*ohn F. Rudy, III
      JOHN F. RUDY, III
      Assistant United States Attorney
      Florida Bar No. 0136700
      400 N. Tampa Street, Suite 3200
      Tampa, FL 33602
      Telephone:   (813) 274-6000
      Facsimile:   (813) 274-6200
      E-Mail: John.Rudy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2016, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system and that the foregoing document and the notice of electronic filing have been sent by first-class mail to the following non-CM/ECF participant:

Laurie S. Burcaw
3801 Lake Padgett Drive
Land O Lakes, FL 34639

*s/John F. Rudy, III*
JOHN F. RUDY, III
Assistant United States Attorney
